# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

INTERNATIONAL BROTHERHOOD )
OF ELECTRICAL WORKERS, )
LOCAL 1200, )
  )
          Plaintiff, )  Civil Case No. 12-484 (RJL)
  )
     v. )
  )
THE DETROIT FREE PRESS, INC., )
d/b/a/ WUSA-TV, )
  )
          Defendant. )

## ORDER
### (February 12, 2013) [Dkt. ##7, 8]

For the reasons set forth in the Memorandum Opinion entered this 12th day of

February 2013, it is hereby

**ORDERED**  that Defendant's Motion for Summary Judgment [Dkt. #8] is

**GRANTED**; and it is further

**ORDERED** that Plaintiffs' Motion for Summary Judgment [Dkt. #7] is **DENIED**;

and it is further

**ORDERED** that the above-captioned case is **DISMISSED** with prejudice.


**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge